E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3-06-70797 BZ |
| | ) | |
| v. | ) | **ORDER FOR REIMBURSEMENT OF** |
| | ) | **COST OF COURT APPOINTED** |
| GABRIEL ANGEL BARRAGAN, | ) | **COUNSEL** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Gabriel Angel Barragan is a defendant in this criminal
matter.  The court has found defendant eligible for
appointment of counsel under the Criminal Justice Act and has
further found that the defendant has sufficient assets to
reimburse, in whole or in part, this court for the cost of
court appointed counsel.  IT IS THEREFORE ORDERED that at the
conclusion of this matter, the court will hold a hearing to
determine the amount of reimbursement.  Defendant shall either
pay that amount or, prior to the court releasing its interests
in the two properties defendant has posted as security for his
pretrial release bond, the United States shall record the
court's order determining the amount of reimbursement as a

1

1   lien against the properties so that the court will be

2   reimbursed upon the sale of one or both of the properties.

3   Dated:    December 29, 2006

4

5                                    Bernard Zimmerman
                              United States Magistrate Judge
6

7   G:\BZALL\CRIMINAL\ORDERS\ORDERS.06\BARRAGAN.ORDER.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2