UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) )  Plaintiff(s),  ) )  v.  ) ) GABRIEL ANGEL BARRAGAN,  ) ) Defendant(s).  ) ) | No. CR 06-0734 (BZ)  **ORDER MODIFYING CONDITIONS OF RELEASE** |

**IT IS ORDERED** that defendant's conditions of release are modified as follows:

   1.  Alicia Mejia is released of her responsibility as custodian.

   2.  The condition that defendant be subject to electronic monitoring is **VACATED**.  Instead defendant shall be subject to home curfew from 9:00 p.m. to 6:00 a.m. which may be monitored automatically.  All other conditions remain unchanged.

Dated:  July 9, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\RELEASE\BARRAGAN MODIFICATION.wpd