Richard B. Mazer SBN: 49632
Law Office of Richard B. Mazer
99 Divisadero St.
San Francisco, CA 94117
415 621 4100
richardbmazer@gmail.com

Attorney for Defendant
GABRIEL BARRAGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>GABRIEL BARRAGAN<br><br>Defendant. | No. CR-06-0734<br><br>[~~PROPOSED~~] ORDER TO AMEND PRESENTENCE INVESTIGATION REPORT |

    The Probation Officer John Woods is hereby ordered to amend Gabriel Barragan's PSR to include the following facts: Gabriel Barragan has reported a history of use of illegal substances including alcohol, marijuana, cocaine, percocet and oxycodone from at least the year 2000. In fact, he reported that his marijuana abuse led him to the offense for which he plead guilty so he could gain access to free marijuana. He could benefit from the BOP drug treatment program.

    This amendment should be made promptly and served upon counsel for the defendant before January 20, 2014 so that defendant can be considered for the program at Lompoc.

IT IS SO ORDERED.
Dated:   1/15/14

_____
Honorable District Court Judge

1