UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>GABRIEL BARRAGAN,<br><br>   Defendant. | Case No.   06-cr-00734-SI-1<br><br>**ORDER RE: SENTENCING REDUCTION**<br><br>Re: Dkt. No. 256 |

On November 24, 2014 Gabriel Barragan filed a motion *pro se* seeking a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines. Docket No. 256. On January 13, 2015, the U.S. Probation Office filed a report concluding that defendant was not eligible for a reduction of his sentence. Docket No. 259. On January 28, 2015, defendant, with the assistance of counsel, filed a statement acknowledging that he is not entitled to a reduction of sentence because his plea agreement resulted in a lower sentence than the revised guideline range provided under Amendment 782. Docket No. 261. Accordingly, the Court **DENIES** defendant's motion for a reduction of sentence.

**IT IS SO ORDERED.**

Dated: May 14, 2015

_____
SUSAN ILLSTON
United States District Judge